

# 11TH COURT OF APPEALS
## EASTLAND, TEXAS
### JUDGMENT

Christopher Chad Price,

\* From the 238th District Court
of Midland County,
Trial Court No. CR56842.

Vs. No. 11-22-00195-CR

\* October 12, 2023

The State of Texas,

\* Memorandum Opinion by Trotter, J.
(Panel consists of: Bailey, C.J.,
Trotter, J., and Williams, J.)

This court has inspected the record in this cause and concludes that there is no error in the judgments below. Therefore, in accordance with this court's opinion, the judgments of the trial court are in all things affirmed.